UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

KAY D. VANDERGRIFF,                )
                                   )
                Plaintiff,         )       Case No. 1:07-cv-140
                                   )
        v.                         )
                                   )
MICHAEL J. ASTRUE                  )
Commissioner of Social Security,   )       Chief District Judge Curtis L. Collier
                                   )
                Defendant.         )

## JUDGMENT ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation in this case pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 17). Neither party filed objections within the given ten days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS**:

1.      Plaintiff's motion for judgment on the pleadings (Court File No. 13) is **DENIED**.

2.      Defendant's motion for summary judgment (Court File No. 15) is **GRANTED**.

3.      The Commissioner's decision denying benefits to the plaintiff is **AFFIRMED**.

4.      This action is **DISMISSED**.

**SO ORDERED**.

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**